IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KAREN NORRIS**                                                                                          **PLAINTIFF**

**v.**                            **CASE NO. 4:15-CV-00569 BSM**

**ARKANSAS MILITARY DEPARTMENT, et al.**                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE